UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 18-20536-cv-JLK/AS

LAZARO PRIETO,

    Plaintiff,

v.

OLD DOMINION FREIGHT LINE, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for an Award of Attorney's Fees and Taxable Costs. Plaintiff prevailed when he accepted Defendant's Offer of Judgment that allowed for an award of fees and costs in an amount determined by agreement or by the Court. The parties agreed to the sum of $4,680.00 in attorney's fees and $445.00 in taxable costs. Plaintiff has complied with Rule 7.3 and also has filed Form A033 with supporting invoices. The Court noting the motion is unopposed does hereby

ORDER AND ADJUDGE that Plaintiff's counsel, Langbein & Langbein, P.A. is awarded attorney's fees in the amount of $4.680.00 and costs of $445.00 payable to the law firm by Defendant, OLD DOMINION FREIGHT LINE, INC. within ten (10) days of the date of entry of this order.

DONE AND ORDERED in Miami, Florida on this 23rd day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE